**PROPOSED ORDER/COVER SHEET**

TO:    **Honorable Thomas S. Hixson**        RE:   **WHITFIELD, Brandon Chad**
              **U.S. Magistrate Judge**

FROM:   **Silvio Lugo, Chief**           **Docket No.:**   **3:26-mj-70806-MAG**
              **U.S. Pretrial Services Officer**

**Date:**    **06/17/2026**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Jose Obien                        415-436-7501

**U.S. Pretrial Services Officer**           **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

- [ ] I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

- [ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

- [ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

- [x] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

- [x] Modification to add the following special conditions:
    1. Defendant must continue or actively seek employment, or continue or start an education program approved by Pretrial Services.
    2. Defendant may travel to the Eastern District of California for employment purposes only.

- [ ] Bail Revoked/Bench Warrant Issued.

- [ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

- [x] Other Instructions:

    All other conditions of release remain unchanged. _____

    _____

    _____

_____    June 17, 2026
**JUDICIAL OFFICER**            **DATE**

Thomas S. Hixson
U.S. Magistrate Judge